Dylan B. Carp (State Bar No. 196846)
Angel R. Sevilla (SBN 239072)
Stephanie T. Yang (SBN 280006)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: carpd@jacksonlewis.com
angel.sevilla@jacksonlewis.com
Stephanie.yang@jacksonlewis.com

Attorneys for Defendant
NEXSTAR BROADCASTING, INC.,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA GORDON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR BROADCASTING, INC. a business entity, form unknown; KGET-TV 17, a business entity, form unknown; The CW NETWORK, LLC, a business entity, form unknown; TELEMUNDO 17.3, a business entity, form unknown; ERIK MENDOZA, an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 1:18-cv-00007-DAD-JLT<br><br>**ORDER GRANTING STIPULATION REGARDING FEDERAL RULES OF EVIDENCE RULE 502(d)**<br><br>**(Doc. 57)** |

The Parties hereby enter into the following stipulation regarding the production of privileged or work-product protected documents, electronically stored information ("ESI") or other information as follows:

1. Plaintiff and Defendants stipulate, through their counsel of record, that the production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall

1

be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    2.    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

IT IS SO STIPULATED:

Dated: April 2, 2018                        JACKSON LEWIS P.C.

By:   */s/ Stephanie T. Yang*
Dylan B. Carp
Angel R. Sevilla
Stephanie T. Yang
Attorneys for Defendant
NEXSTAR BROADCASTING, INC.

Dated: April 2, 2018                        LAW OFFICES OF VICTOR L. GEORGE

By:   */s/ Wayne C. Smith*
*(as authorized on 04/02/18)*
Victor L. George
Wayne C. Smith
Attorneys for Plaintiff
PAULA GORDON

Dated: April 2, 2018                        FISHER & PHILLIPS LLP

By:   */s/ Cheryl L. Schreck*
*(as authorized on 04/02/18)*
Todd B. Scherwin
Cheryl L. Schreck
Attorneys for Defendant
ERIK MENDOZA

IT IS SO ORDERED.

Dated:  **April 2, 2018**                **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE