Dylan B. Carp (State Bar No. 196846)
Angel R. Sevilla (State Bar No. 239072)
Stephanie T. Yang (State Bar No. 280006)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111
Telephone:  (415) 394-9400
Facsimile:   (415) 394-9401
Email:  carpd@jacksonlewis.com
           angel.sevilla@jacksonlewis.com
           stephanie.yang@jacksonlewis.com

Attorneys for Defendant
NEXSTAR BROADCASTING, INC.,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA GORDON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR BROADCASTING, INC. a business entity, form unknown; KGET-TV 17, a business entity, form unknown; The CW NETWORK, LLC, a business entity, form unknown; TELEMUNDO 17.3, a business entity, form unknown; ERIK MENDOZA, an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 1:18-cv-00007-DAD-JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE CASE SCHEDULE**<br>(Doc. 77) |

To the Honorable Court:

Pursuant to this Court's Scheduling Order (Doc 58), the Parties, by stipulation, request an extension of the following discovery deadlines:

• Fact Discovery Cutoff (solely for purposes of conducting the deposition and/or continuation of the deposition of two third party witnesses): From February 15, 2019 to February 22, 2019 to accommodate the availability of third party witness Adam Chase, a former Nexstar manager, who resides out of state and is only available for deposition on

February 18, 2019, and to complete the deposition of third party witness Allison Underwood, an outside investigator retained by Nexstar, which commenced on January 30 but could not be completed or rescheduled prior to the current February 15 discovery cutoff due to the schedules of the witness, her counsel and counsel for the parties. (Note: To the extent further motion practice is required with respect to Ms. Underwood, the Parties anticipate that a third deposition session may be required for Ms. Underwood.)

- Expert Witness Disclosure: From March 1, 2019 to April 1, 2019, to accommodate the availability of Dr. Delia Silva to conduct a mental status examination of the Plaintiff.
- Rebuttal Expert Witness Disclosure: From March 22, 2019 to April 22, 2019
- Expert Discovery Cutoff: From April 12, 2019 to May 13, 2019 (May 12 is a Sunday).

Good cause exists to grant the stipulation, as the Parties' discovery timeline was constrained by the availability of a third party witness who resides out of state, by the inclement weather preventing the Parties' completion of Plaintiff's deposition prior to January 2019, the inability of another third party witness and her counsel as well as counsel for the parties to find a mutually available date for all parties for the completion of the deposition prior to the current non-expert discovery cutoff date, as well as by the proposed medical examiner's lack of availability. This stipulation is supported by the declaration of Stephanie T. Yang, a copy of which is attached.

IT IS SO STIPULATED.

Dated: February 1, 2019                JACKSON LEWIS P.C.

By:   */s/ Stephanie T. Yang*
      Dylan B. Carp
      Angel R. Sevilla
      Stephanie T. Yang
      Attorneys for Defendant
      NEXSTAR BROADCASTING, INC.

Dated: February 1, 2019                LAW OFFICES OF VICTOR L. GEORGE

| | |
|---|---|
| | By: */s/ Wayne C. Smith* |
| | *(as authorized on 1/28/19)* |
| | Victor L. George |
| | Wayne C. Smith |
| | Attorneys for Plaintiff |
| | PAUL GORDON |

Dated: February 1, 2019                    FISHER & PHILLIPS LLP

By:   */s/ Cheryl Schreck*
      *(as authorized on 01/28/19)*
      Todd B. Scherwin
      Cheryl Schreck
      Attorneys for Defendant
      ERIK MENDOZA

**ORDER**

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the case schedule to be amended as follows:

1.   The depositions of Adam Chase, Allison Underwood **SHALL** be completed by **February 22, 2019**;

2.   Experts **SHALL** be disclosed no later than **April 1, 2019**.  Rebuttal experts may be disclosed no later than **April 22, 2019** and all expert discovery **SHALL** be completed no later than **May 13, 2019**;

3.   Any nondispositive motions **SHALL** be filed as soon as the need presents itself but no later than **May 17, 2019** and heard no later than **June 14, 2019**.

IT IS SO ORDERED.

Dated:   **February 5, 2019**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE