1  Dylan B. Carp (State Bar No. 196846)
   Angel R. Sevilla (State Bar No. 239072)
2  Stephanie T. Yang (State Bar No. 280006)
   JACKSON LEWIS P.C.
3  50 California Street, 9th Floor
   San Francisco, California 94111
4  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
5  Email: carpd@jacksonlewis.com
          angel.sevilla@jacksonlewis.com
6         stephanie.yang@jacksonlewis.com

7  Attorneys for Defendant
   NEXSTAR BROADCASTING, INC.,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA GORDON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR BROADCASTING, INC. a business entity, form unknown; KGET-TV 17, a business entity, form unknown; The CW NETWORK, LLC, a business entity, form unknown; TELEMUNDO 17.3, a business entity, form unknown; ERIK MENDOZA, an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 1:18-cv-00007-DAD-JLT<br><br>**JOINT STIPULATION TO EXTEND ALYSSA DURAN DEPOSITION; ORDER THEREON**<br>(Doc. 79) |

To the Honorable Court:

The Parties hereby stipulate to extend the time to serve a deposition subpoena on Alyssa Duran to March 15, 2019 and for taking her deposition by April 30, as the witness has been evading service of process. Service was attempted throughout February 2019 at the witness' home and work address. The witness would not answer the door. The witness also was not at

work during this time frame.  Details in support of this stipulation are set forth in the Declaration of Stephanie T. Yang.

It is so stipulated

Dated:  February 20, 2019                                    JACKSON LEWIS P.C.


                                                      By:   */s/ Stephanie T. Yang*
                                                            Dylan B. Carp
                                                            Angel R. Sevilla
                                                            Stephanie T. Yang
                                                            Attorneys for Defendant
                                                            NEXSTAR BROADCASTING, INC


Dated:  February 20, 2019                                    LAW OFFICES OF VICTOR L. GEORGE


                                                      By:   */s/ Victor L. George*
                                                            Victor L. George
                                                            Wayne C. Smith
                                                            Attorneys for Plaintiff
                                                            PAULA GORDON


Dated:  February 20, 2019                                    FISHER & PHILLIPS LLP


                                                      By:   */s/ Cheryl Schreck*
                                                            Cheryl Schreck
                                                            Attorneys for Defendant
                                                            ERIK MENDOZA

# ORDER

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The deposition of Alyssa Duran may be taken no later than April 30, 2019. However, this extension of time does not impact any other case deadlines and no other deadlines in place are authorized to be amended.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **February 20, 2019** | **/s/ Jennifer L. Thurston**<br>UNITED STATES MAGISTRATE JUDGE |