| | |
|---|---|
| 1 | Dylan B. Carp (State Bar No. 196846) |
| | Angel R. Sevilla (State Bar No. 239072) |
| 2 | Stephanie T. Yang (State Bar No. 280006) |
| | JACKSON LEWIS P.C. |
| 3 | 50 California Street, 9th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 394-9400 |
| | Facsimile: (415) 394-9401 |
| 5 | Email: carpd@jacksonlewis.com |
| | angel.sevilla@jacksonlewis.com |
| 6 | stephanie.yang@jacksonlewis.com |

Attorneys for Defendant
NEXSTAR BROADCASTING, INC.,

Victor L. George
Wayne C. Smith
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel. (310) 698-0990
Fax (310) 698-0995
vgeorge@vgeorgelaw.com

Attorneys for Plaintiff
PAULA GORDON

Todd B. Scherwin
Cheryl L. Schreck
Fisher & Phillips LLP
444 S Flower Street, Suite 1500
Los Angeles, Ca 90071
Tel. (213) 330-4452
Fax (213) 330-4501
Email: cschreck@fisherphillips.com
tscherwin@fisherphillips.com

Attorneys for Defendant Erik Mendoza

1

AMENDED JOINT STIP AND [~~PROPOSED~~] ORDER TO SERVE ALYSSA DURAN WITH DEPOSITION SUBPOENA BY FIRST CLASS MAIL  Case No. 1:18-cv-00007 (DAD) (JLT)

FPDOCS 35182475.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA GORDON, an individual, | Case No. 1:18-cv-00007 (DAD) (JLT) |
| Plaintiff, | |
| v. | **AMENDED JOINT STIPULATION AND [PROPOSED] ORDER TO SERVE ALYSSA DURAN WITH DEPOSITION SUBPOENA BY FIRST CLASS MAIL** |
| NEXSTAR BROADCASTING, INC. a business entity, form unknown; KGET-TV 17, a business entity, form unknown; The CW NETWORK, LLC, a business entity, form unknown; TELEMUNDO 17.3, a business entity, form unknown; ERIK MENDOZA, an individual; and DOES 1 through 100, inclusive | |
| Defendants. | State Complaint Filed: 09/22/17<br>Removal Filed: 10/31/17<br>Trial Date: 01/07/20 |

TO THE HONORABLE COURT:

WHEREAS on February 20, 2019, the Court extended the fact discovery deadline of February 15, 2019 to April 30, 2019, solely to allow Defendants Nexstar Broadcasting, Inc. and Erik Mendoza ("Defendants") the opportunity to take the deposition of and cross examine third party witness Alyssa Duran who had been evading Defendants attempts to serve her with a deposition subpoena prior to the February 15 discovery completion deadline. (ECF #80).

WHEREAS since the Court extended the fact discovery deadline for purposes of taking Ms. Duran's deposition, Defendants have continued to make exhaustive and diligent attempts to serve Ms. Duran with a deposition subpoena in order to take her deposition.

WHEREAS despite repeated efforts to serve her, Ms. Duran has continued to evade Defendants' attempts to personally serve her with a deposition subpoena.

///

2
AMENDED JOINT STIP AND [PROPOSED] ORDER TO SERVE ALYSSA DURAN WITH DEPOSITION SUBPOENA BY FIRST CLASS MAIL  Case No. 1:18-cv-00007 (DAD) (JLT)

FPDOCS 35182475.1

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Gordon, and Defendants, through their respective counsel, that Ms. Duran may be served with a deposition subpoena with a command to produce documents, by first class mail under Rule 45(b) of the Federal Rules of Civil Procedure, subject to the Court's approval.

If ordered by the Court, the deposition subpoena with a command to produce documents that is served by mail will have the same force and effect to compel Ms. Duran's attendance at deposition and to produce documents as if Defendants personally served the subpoena on Ms. Duran.

IT IS SO STIPULATED.

Dated: March 25, 2019     JACKSON LEWIS P.C.

By:   /s/Angel R. Sevilla
Dylan B. Carp
Angel R. Sevilla
Stephanie T. Yang
Attorneys for Defendant
NEXSTAR BROADCASTING, INC

Dated: March 25, 2019     LAW OFFICES OF VICTOR L. GEORGE

By:   /s/Wayne C. Smith
Victor L. George
Wayne C. Smith
Attorneys for Plaintiff
PAULA GORDON

Counsel for Plaintiff, Wayne C. Smith, authorized submission of his e-signature on this document in writing, by e-mail dated March 25, 2019; 11:20 A.M.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2019 | FISHER & PHILLIPS LLP |
| 2 | | |
| 3 | | By:    /s/Cheryl Schreck |
| 4 | | Cheryl Schreck<br>Attorneys for Defendant<br>ERIK MENDOZA |
| 5 | | |
| 6 | | Counsel for Defendant, Cheryl Schreck, authorized submission of his e-signature on this document in writing, by e-mail dated March 25, 2019;10:35 A.M. |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | IT IS SO ORDERED. | |
| 11 | Dated: **March 25, 2019** | **/s/ Jennifer L. Thurston**<br>UNITED STATES MAGISTRATE JUDGE |

4

AMENDED JOINT STIP AND [~~PROPOSED~~] ORDER TO SERVE ALYSSA DURAN WITH DEPOSITION SUBPOENA BY FIRST CLASS MAIL  Case No. 1:18-cv-00007 (DAD) (JLT)

FPDOCS 35182475.1