| | |
|---|---|
| 1 | Dylan B. Carp (State Bar No. 196846) |
| | Angel R. Sevilla (State Bar No. 239072) |
| 2 | Stephanie T. Yang (State Bar No. 280006) |
| | JACKSON LEWIS P.C. |
| 3 | 50 California Street, 9th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 394-9400 |
| | Facsimile: (415) 394-9401 |
| 5 | Email: carpd@jacksonlewis.com |
| | angel.sevilla@jacksonlewis.com |
| 6 | stephanie.yang@jacksonlewis.com |
| | Attorneys for Defendant |
| 7 | NEXSTAR BROADCASTING, INC., |

Victor L. George
Wayne C. Smith
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, CA 90503
Tel. (310) 698-0990
Fax (310) 698-0995
vgeorge@vgeorgelaw.com

Attorneys for Plaintiff
PAULA GORDON

Todd B. Scherwin
Cheryl L. Schreck
Fisher & Phillips LLP
444 S Flower Street, Suite 1500
Los Angeles, Ca 90071
Tel. (213) 330-4452
Fax (213) 330-4501
Email: cschreck@fisherphillips.com
tscherwin@fisherphillips.com

Attorneys for Defendant Erik Mendoza

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES
Case No. 1:18-cv-00007 (DAD) (JLT)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA GORDON, an individual, | Case No. 1:18-cv-00007 (DAD) (JLT) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINE** |
| v. | |
| NEXSTAR BROADCASTING, INC. a business entity, form unknown; KGET-TV 17, a business entity, form unknown; The CW NETWORK, LLC, a business entity, form unknown; TELEMUNDO 17.3, a business entity, form unknown; ERIK MENDOZA, an individual; and DOES 1 through 100, inclusive | State Complaint Filed: 09/22/17<br>Removal Filed: 10/31/17<br>Trial Date: 01/07/20 |
| Defendants. | |

TO THE HONORABLE COURT:

WHEREAS, the Court's Scheduling Order sets forth the deadline for expert disclosures by April 1, 2019. (ECF #78).

WHEREAS, in accordance with the Court's Scheduling Order, the Parties' expert disclosure should include the information under Federal Rules of Civil Procedure, Rules 26(a)(2), (A), (B), and (C). (ECF #58).

WHEREAS, pursuant to Rule 35 of the Federal Rules of Civil Procedure, Plaintiff appeared for Defendants' Independent Medical Examination on March 21, 2019, before Dr. Delia Maria Silva.

WHEREAS, Dr. Silva is in the process of preparing her report and the Defendants have not obtained all of Plaintiff's therapy records from Plaintiff.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Gordon, and Defendants, Nexstar Broadcasting, Inc. and Erik Mendoza, through their respective counsel, to an extension of the following discovery deadlines, subject to the Court's approval:

1. The Parties will exchange expert witness disclosures of information under FRCP Rules 26(a)(2)(A) and 26(a)(2)(B)(iv), (v), and (vi) by April 1, 2019.
2. The Parties will exchange expert witness disclosures of information and reports under FRCP Rules 26(a)(2)(B)(i), (ii), and (iii) by April 19, 2019.
3. Defendants are permitted to supplement, revise, or amend their expert report, if necessary, within two weeks after receiving Plaintiff's remaining therapy records.

IT IS SO STIPULATED.

Dated: March 28, 2019                    JACKSON LEWIS P.C.

By:   /s/ Angel R. Sevilla
Dylan B. Carp
Angel R. Sevilla
Stephanie T. Yang
Attorneys for Defendant
NEXSTAR BROADCASTING, INC

Dated: March 28, 2019                    LAW OFFICES OF VICTOR L. GEORGE

By:   /s/Wayne C. Smith
Victor L. George
Wayne C. Smith
Attorneys for Plaintiff
PAULA GORDON

Counsel for Plaintiff, Wayne C. Smith, authorized submission of his e-signature on this document in writing, by e-mail dated March 28, 2019; 2:09 P..M.

/ / /

/ / / /

/ / /

/ / /

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCLOSURE DEADLINES
Case No. 1:18-cv-00007 (DAD) (JLT)

| | |
|---|---|
| Dated: March 28, 2019 | FISHER & PHILLIPS LLP |

By:    /s/Cheryl Schreck
     Cheryl Schreck
     Attorneys for Defendant
     ERIK MENDOZA

Counsel for Defendant, Cheryl Schreck, authorized submission of his e-signature on this document in writing, by e-mail dated March 28, 2019;1:59 P.M.

**[PROPOSED] ORDER**

The Court will **GRANT** the current stipulation.[1] However, the Court anticipates that **no further stipulations to the amend the case schedule will be filed.** The Court notes that since February 4, 2019, every docket entry in this case relates to amending the case schedule in some way. This implies that counsel are treating the case schedule cavalierly. If so, that SHALL end now. They SHALL abide by the remainder of the schedule and may seek amendment of it **only** upon a showing of exceptional good cause. Any future stipulation will be summarily denied if it fails to meet this standard.

IT IS SO ORDERED.

Dated:   **March 29, 2019**          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] In doing so, the Court does not accept that good cause for the amendment has been shown. The failure to obtain needed records and the failure to schedule the IME sooner are situations within the defendant's control. Indeed, the Court ordered in its scheduling order that, "In the event an expert will offer opinions related to an independent medical or mental health evaluation, the examination SHALL occur sufficiently in advance of the disclosure deadline so the expert's report fully details the expert's opinions in this regard." (Doc. 58)