# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>NEXSTAR BROADCASTING, INC., et al.,<br><br>    Defendants. | Case No.: 1:18-cv-0007 - DAD - JLT<br><br>ORDER DENYING THE STIPULATION TO AMEND THE CASE SCHEDULE RELATED TO EXPERT DISCOVERY<br><br>(Doc. 91) |

Before the Court is the third request of counsel to amend the case schedule related to expert discovery. (Doc. 91) Counsel indicate they need the extension to complete a second session of deposition of Dr. Zackler (a medical expert), a second session of D. Jan Duffy (a "management practice" expert) and the deposition of the Rhoma Young (a rebuttal "management practice" expert). Id. at 2. Counsel fail to explain why more than one session of Dr. Zackler and Ms. Duffy are being taken or why Ms. Young's deposition cannot be scheduled to be completed before May 15, 2019, the deadline to complete this discovery imposed less than a month ago—at the request of counsel. Notably, counsel report that they *will* complete Dr. Zackler before the deadline. (Doc. 91 at 2)

In any event, when counsel last sought to amend the case schedule, the Court emphasized to them that it would not continue to tolerate requests to amend the case schedule. Indeed, it had been just a couple of weeks since they filed their prior stipulation to amend the case schedule. (See Docs. 84, 88) Despite this, in their current stipulation, they fail to provide an explanation demonstrating good

1

cause to amend the case schedule once again.  Thus, the request is **DENIED**.  **Counsel SHALL redouble their efforts to complete the expert discovery within the current deadline.**

IT IS SO ORDERED.

    Dated: **May 8, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE