1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   PAULA GORDON, an individual,              Case No. 1:18-cv-00007 (DAD) (JLT)

12              Plaintiff,                      [~~PROPOSED~~] ORDER REGARDING
                                                WITNESS ALYSSA DURAN
13        v.
                                                (Doc. 95)
14   NEXSTAR BROADCASTING, INC.
     a business entity, form unknown; KGET-TV
15   17, a business entity, form unknown; The CW
     NETWORK, LLC, a business entity, form
16   unknown; TELEMUNDO 17.3, a business
     entity, form unknown; ERIK MENDOZA, an
17   individual; and DOES 1 through 100, inclusive

18              Defendants.

19

20   TO THE HONORABLE COURT:

21        WHEREAS third party witness, Alyssa Duran, evaded Defendants Nexstar Broadcasting,

22   Inc. and Erik Mendoza's ("Defendants") attempts to serve her with a deposition subpoena prior to

23   the February 15, 2019 discovery completion deadline.

24        WHEREAS on February 20, 2019, the Court extended the fact discovery deadline to April

25   30, 2019, solely to allow Defendants the opportunity to take Duran's deposition.  (ECF #80).

26        WHEREAS after the Court extended the fact discovery deadline to allow Defendants

27   additional time to depose Duran, Defendants continued to make exhaustive and diligent attempts

28   to serve Duran with a deposition subpoena in order to take her deposition.

WHEREAS Duran continued to evade Defendants' attempts to personally serve her with a deposition subpoena.

WHEREAS the Court subsequently granted the Parties' stipulation to serve Duran a deposition subpoena by mail (ECF #83).

WHEREAS Duran was served by mail for a deposition appearance to take place on April 26, 2019.

WHEREAS Duran failed to appear at her deposition on the date set forth in the subpoena on April 26, 2019.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Gordon, and Defendants, through their respective counsel, as follows:

(1) The fact discovery deadline will remain open indefinitely solely for the parties to take the deposition of Duran before trial.

(2) Should Plaintiff's counsel serve Duran with a trial subpoena before the trial date of January 7, 2020, in the event the Court finds Duran's testimony to be admissible at trial, such trial subpoena must be accompanied by a deposition subpoena for Defendants to take Duran's deposition no later than nine (9) days before the date set forth in the trial subpoena.

(3) Should Plaintiff's counsel serve Duran with a trial subpoena during trial, in the event the Court finds Duran's testimony to be admissible at trial, such trial subpoena must be accompanied by a deposition subpoena for Defendants to take Duran's deposition at least two (2) days before Duran testifies at trial.

(4) Duran shall not testify at trial until Defendants have had the opportunity to depose Duran.

(5) Should Ms. Duran fail to comply with said subpoenas, any party shall have an opportunity to file the appropriate pre-trial motions to seek the appropriate remedies available to the Parties.

IT IS SO STIPULATED.

|     |                           |                                    |
| --- | ------------------------- | ---------------------------------- |
| 1   | Dated:  May 8, 2019       | JACKSON LEWIS P.C.                  |
| 2   |                           |                                    |
| 3   |                           | By: _____ |

Dated:  May 8, 2019                    JACKSON LEWIS P.C.

By: _____
    Dylan B. Carp
    Angel R. Sevilla
    Stephanie T. Yang
    Attorneys for Defendant
    NEXSTAR BROADCASTING, IN

Dated:  May 8, 2019                    LAW OFFICES OF VICTOR L. GEORGE

By: ___/sWayne C. Smith_____
    Victor L. George
    Wayne C. Smith
    Attorneys for Plaintiff
    PAULA GORDON

*Counsel for Plaintiff, Wayne C. Smith, authorized submission of his e-signature on this document in writing, by e-mail dated May 8, 2019, 4:43 p.m.*

Dated:  May 8, 2019                    FISHER & PHILLIPS LLP

By: ___/s/ Cheryl Schreck_____
    Cheryl Schreck
    Attorneys for Defendant
    ERIK MENDOZA

*Counsel for Defendant, Cheryl  Schreck, authorized submission of his e-signature on this document in writing, by e-mail dated  May 8, 2019, 11:45 a.m.*

IT IS SO ORDERED.

Dated:  **May 9, 2019**                    **/s/ Jennifer L. Thurston**
                                                UNITED STATES MAGISTRATE JUDGE