Victor L. George (State Bar No. 110504)
Wayne C. Smith (State Bar No. 122535)
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd., First Floor
Torrance, California 90503
Telephone: (310) 698-0990
Facsimile: (310) 698-0995
E-mail: vgeorge@vgeorgelaw.com
wsmith@vgeorgelaw.com

Attorneys for Plaintiff,
PAULA GORDON

*Additional Parties Listed on Next Page*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAULA GORDON, an individual, | Case No. 1:18-cv-00007 (DAD) (BAM) |
| Plaintiff, | [Assigned to the Hon. Dale A. Drozd, Courtroom 5] |
| v. | |
| NEXSTAR BROADCASTING, INC.; ERIK MENDOZA, an individual; and DOES 1 through 100, inclusive, | **JOINT STIPULATION AND ORDER REGARDING SETTLEMENT AND DISMISSAL** |
| Defendants. | Complaint filed: September 22, 2017<br>Trial Date: None Set |

1

Bren K. Thomas (State Bar No. 156226)
Dylan B. Carp (State Bar No. 196846)
Angel R. Sevilla (State Bar No. 239072)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
Email:   Bren.thomas@jacksonlewis.com
E-mail:  Dylan.Carp@jacksonlewis.com
E-mail:  Angel.Sevilla@jacksonlewis.com

Attorneys for Defendant
NEXSTAR BROADCASTING, INC.

Cheryl L. Schreck (State Bar No. 130083)
FISHER & PHILLIPS LLP
444 S. Flower Street, Suite 1500
Los Angeles, California  90071
Telephone:   (213) 330-4452
Facsimile:   (213) 330-4501
Email:  cschreck@fisherphillips.com

Attorneys for Defendant
ERIK MENDOZA

In accordance with the Court's March 15, 2022 Minute Order (Doc. No. 143), the Parties, through undersigned counsel, respectfully submit the following Joint Stipulation and Proposed Order regarding the settlement and dismissal of this action.

**WHEREAS**, on March 14, 2022, Defendants filed a notice of settlement of this Action in its entirety, pursuant to Eastern District of California Local Rule 160.  (Doc. No. 142).

**WHEREAS**, on March 15, 2022, the Honorable Court vacated all pending dates and matters, including the April 5, 2022 trial date.  (Doc. No. 143).

**WHEREAS**, on March 15, 2022, the Court ordered the Parties "to file appropriate papers to dismiss or conclude this action in its entirety" by April 4, 2022.  (Doc. No. 143).

**WHEREAS**, the Parties are working diligently to memorialize the terms of their Agreement and, as of the date of this Joint Status Report, the Parties have almost finalized the agreed-upon terms.

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiff Paula Gordon, and Defendants, through their respective counsel, that the Parties will file appropriate papers to dismiss this action in its entirety within forty five (45) days, to allow the Parties to conclude their negotiations regarding settlement terms, memorialize their agreement, and allow Parties time to fulfill the considerations therein.

**IT IS SO STIPULATED.**

Dated:  April 4, 2022          LAW OFFICES OF VICTOR L. GEORGE

                        By:  /s/  Victor L. George
                             VICTOR L. GEORGE
                             WAYNE C. SMITH
                             Attorneys for Plaintiff
                             PAULA GORDON

                             *Counsel for Plaintiff, Victor George, authorized submission of his e-signature on this document in writing, by e-mail dated April 4, 2022, 1:32 p.m.*

3
JOINT STIPULATION AND ORDER REGARDING
SETTLEMENT AND DISMISSAL                                        1:18-cv-00007 (DAD) (BAM)

Dated: April 5, 2022          JACKSON LEWIS P.C.

By:  /s/  Angel R. Sevilla
     Bren K. Thomas
     Dylan B. Carp
     Angel R. Sevilla
     Attorneys for Defendant
     NEXSTAR BROADCASTING, INC.

Dated: April 4, 2022          FISHER & PHILLIPS LLP

By:  /s/  Cheryl Schreck
     Cheryl Schreck
     Attorneys for Defendant
     ERIK MENDOZA

*Counsel for Erik Mendoza, Cheryl Schreck, authorized submission of her e-signature on this document in writing, by e-mail dated April 4, 2022, 1:49 p.m.*

**ORDER**

Having reviewed the parties' Stipulation, and good cause appearing, The Court GRANTS the parties request. The parties shall file appropriate papers to dismiss or conclude this matter in its entirety within forty-five (45) days of this Order, no later than May 16, 2022.

IT IS SO ORDERED.

Dated: **April 5, 2022**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE